UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NGOC LAM CHE,<br><br>          Plaintiff,<br><br>     v.<br><br>EXPRESS FASHIONS OPERATIONS, LLC,<br><br>          Defendant. | Case No.  5:15-cv-04236-HRL<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

Pursuant to the court's Revised Scheduling Order (Dkt. 15), the last day for plaintiff to file a Notice of Need for Mediation was April 22, 2016.  No such notice has been filed.  Accordingly, the parties shall appear for a Case Management Conference on May 24, 2016, 1:30 p.m. to discuss the status of this matter.  A Joint Case Management Statement shall be filed no later than May 17, 2016.

          SO ORDERED.

Dated:   May 10, 2016

HOWARD R. LLOYD
United States Magistrate Judge

1   5:15-cv-04236-HRL Notice has been electronically mailed to:

2   John Garland Connolly     jconnolly@cfgllp.com, jwarburton@cfgllp.com

3   Pamela Tsao     pamela.tsao@ascensionlawgroup.com

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28