1  ASCENSION LAW GROUP
   PAMELA TSAO( 266734)
2  2030 E. 4th Street
   Suite 205
3  Santa Ana, CA 92705
   PH: 714.783.4220
4  FAX: 888.505.1033
   Pamela.Tsao@ascensionlawgroup.com
5
   Attorneys for Plaintiff NGOC LAM CHE
6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 NGOC LAM CHE, an individual        )   Case No.:  5:15-cv-04236-HRL
                                      )
12           Plaintiff,               )
                                      )   [PROPOSED] ORDER RE STIPULATION
13      vs.                           )   OF VOLUNTARY DISMISSAL WITH
                                      )   PREJUDICE
14 EXPRESS FASHIONS OPERATIONS, LLC,  )
   dba "EXPRESS" a limited liability company; )
15 DOES 1 through 10,                 )   [Re:  Dkt. 20]
                                      )
16           Defendants.              )
                                      )
17                                    )
                                      )
18                                    )
                                      )
19                                    )
                                      )
20                                    )
                                      )
21                                    )
                                      )
22                                    )
                                      )
23                                    )
                                      )
24

25

26

27

28

1
2          Pursuant to the parties' "Stipulation of Voluntary Dismissal With Prejudice," and good cause
3   appearing therefore, IT IS HEREBY ORDERED that the Defendant shall be dismissed with
4   prejudice in the above-captioned action.  Each party shall bear his or its own costs and attorney's
5   fees.
6   IT IS SO ORDERED
7   Dated ___June 17, 2016_____            _____
                                        Magistrate   Judge, United States District Court,
8                                        Northern   ~~Central~~ District of California
9                                                   Howard R. Lloyd
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

~~[PROPOSED]~~ ORDER
5:15-CV-01620-PSG